UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER W. WALLACE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-1404-HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**OPINION, MEMORANDUM AND ORDER**

This closed matter is before the Court on a letter from self-represented petitioner Walter W. Wallace, Jr., dated March 17, 2022, requesting that the Clerk of Court send him a copy of his previously filed motions titled, 'Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct a Sentence pursuant to Section 2255' and 'Motion for Video or Telephone Hearing.' ECF No. 9.

The Court will decline to grant this request. The Court does not provide free copies of documents, even if those documents were filed by the parties themselves. This case was closed on December 9, 2021. *See* ECF Nos. 2, 3. Petitioner seeks copies of documents that were filed after this matter was closed. In denying his 'Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct a Sentence pursuant to Section 2255' and 'Motion for Video or Telephone Hearing,' the Court explained:

> The Court will deny the instant motions because the Court's December 9, 2021 dismissal was without prejudice to petitioner filing a new § 2255 motion in the future should he decide to do. The instant case, however, has been closed for lack of subject matter jurisdiction after the Court construed the initial filing as a habeas corpus action under § 2241. To the extent petitioner can be understood to seek the reinstatement of this case or a different habeas case, he is advised that he cannot receive such relief by filing the instant motion or any other motions in this case. In other words, *if petitioner wishes to file a motion pursuant to § 2255, he must draft the motion on a Court-provided form and file it as a new case*. The Court will

provide him with a copy of the proper form motion.

ECF No. 8 at 3 (emphasis in original).

Petitioner may, however, obtain copies by requesting such documents from the Clerk of Court at the current rate of fifty (0.50) cents per page. The cost of such copies must be paid in advance and submitted with the request. Petitioner's 'Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct a Sentence pursuant to Section 2255' is thirty-three (33) pages, including exhibits, and the 'Motion for Video or Telephone Hearing' is three (3) pages. If petitioner wishes to obtain copies, he must resubmit his request and include payment.

**IT IS HEREBY ORDERED** that petitioner's letter, dated March 17, 2022, construed as a motion for copies, is **DENIED**.

Dated this 25th day of March, 2022.

                                                     HENRY EDWARD AUTREY
                                             UNITED STATES DISTRICT JUDGE